[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11531
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cr-00264-JA-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN K. HATTEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 18, 2014)

Before MARCUS, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Brian Hatten, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hatten's conviction and sentence are **AFFIRMED**.